Nos. 23-11528, 23-11644

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

STATE OF FLORIDA,

                Plaintiff-Appellee,

v.

ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity; et al.,

                Defendants-Appellants.

On Appeal from the United States District Court
for the Northern District of Florida

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

    BRIAN M. BOYNTON
      *Principal Deputy Assistant Attorney General*
    WILLIAM C. PEACHEY
      *Director*
    EREZ REUVENI
      *Assistant Director*
    JOSEPH A. DARROW
    ELISSA P. FUDIM
    ERIN T. RYAN
      *Trial Attorneys*
      U.S. Dep't of Justice, Civil Division
      Office of Immigration Litig.-DCS
      P.O. Box 868, Ben Franklin Station
      Washington, DC 20044

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Defendants-Appellants/Cross-Appellees certify that the following have an interest in the outcome of this appeal:

Natural Persons

Bell, Daniel W.

Boynton, Brian M.

Brodeen, Karen A.

Butler, Steven

Christmas, Natalie

Coody, Jason R.

Crapo, Matt A.

Darrow, Joseph A.

DeSantis, Ronald

Fabian, Sarah B.

Faruqui, Bilal A.

Fudim, Elissa P.

Garland, Merrick

Guard, John M.

Hart, Joseph E.

Hudak, Matthew

Jaddou, Ur M.

Johnson, Tae D.

Mayorkas, Alejandro

Miller, Troy

Monson, Darrick

Moody, Ashley

Moyle, Marie A.

Ortiz, Raul

Patel, Anita J.

Peachey, William C.

Percival, James H.

Reuveni, Erez

Ryan, Erin T.

Ward, Brian C.

Wetherell, T. Kent

Whitaker, Henry C.

<u>Entities</u>

Immigration Reform Law Institute

State of Florida

Florida Office of the Attorney General

United States of America

U.S. Attorney's Office, Northern District of Florida

U.S. Citizenship and Immigration Services

U.S. Customs and Border Protection

U.S. Department of Homeland Security

U.S. Immigration and Customs Enforcement

U.S. Department of Justice, Civil Division

|  |  |
|---|---|
| Dated: May 30, 2023 | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>   *Principal Deputy Assistant Attorney*<br>     *General*<br>WILLIAM C. PEACHEY<br>   *Director*<br>EREZ REUVENI<br>   *Assistant Director* |
|  | <u>*/s/ Joseph A. Darrow*</u><br>JOSEPH A. DARROW<br>ELISSA P. FUDIM<br>ERIN T. RYAN<br>   *Trial Attorney*<br>   U.S. Dep't of Justice, Civil Division<br>   Office of Immigration Litigation,<br>   District Court Section<br>   P.O. Box 868, Ben Franklin Station<br>   Washington, DC 20044<br>   Phone: 202-598-7537<br>   Email: joseph.a.darrow@usdoj.gov |

*State of Florida v. Secretary, U.S. DHS, et al.,* Nos. 23-11528, 23-11644

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system. Plaintiffs' counsel was also notified of this motion by email.

*/s/ Joseph A. Darrow*
JOSEPH A. DARROW