Nos. 23-11528, 23-11644

# In the United States Court of Appeals for the Eleventh Circuit

STATE OF FLORIDA,

*Plaintiff-Appellee/Cross-Appellant*,

v.

UNITED STATES OF AMERICA, ET AL.,

*Defendants-Appellants/Cross-Appellees*.

**APPELLEE/CROSS-APPELLANT'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
NOS. 3:21-CV-1066, 3:23-CV-9962

ASHLEY MOODY
  *Attorney General of Florida*

HENRY C. WHITAKER
  *Solicitor General*
DANIEL W. BELL
  *Chief Deputy Solicitor General*
DARRICK W. MONSON
  *Assistant Solicitor General*
JAMES H. PERCIVAL
  *Chief of Staff*
NATALIE P. CHRISTMAS
JOSEPH E. HART
  *Counselors to the Attorney General*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*henry.whitaker@myfloridalegal.com*

*Florida v. United States*
Nos. 23-11528, 23-11644

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff-Appellee/Cross-Appellant certifies to the best of its knowledge that the following is a complete list of interested persons:

Bell, Daniel

Boynton, Brian M.

Brodeen, Karen

Christmas, Natalie

Coody, Jason R.

Crapo, Matt A.

Darrow, Joseph A.

Fabian, Sarah B.

Faruqui, Bilal A.

Ferguson, Andrew N.

Fitch, Lynn

Florida Office of the Attorney General

Fudim, Elissa P.

Gallagher, Kevin M.

Garland, Merrick

Guard, John

Hart, Joseph E.

Immigration Reform Law Institute

Jaddou, Ur M.

Johnson, Tae D.

Knudsen, Austin

Landry, Jeff

Marshall, Stephen

Mayorkas, Alejandro

Miller, Troy

Minot, Martin J.

Moody, Ashley

Monson, Darrick

Morrisey, Patrick

Moyle, Marie A.

Ortiz, Raul

Patel, Anita

Peachey, William C.

Percival, James H. II

Reuveni, Erez R..

Reyes, Sean D.

Ryan, Erin

State of Florida

United States of America

U.S. Attorney's Office, Northern District of Florida

U.S. Citizenship and Immigration Services

U.S. Customs and Border Protection

U.S. Department of Homeland Security

U.S. Immigration and Customs Enforcement

U.S. Department of Justice, Civil Division

Ward, Brian C.

Wetherell, T. Kent II

Wilson, Alan

Wilson, Sarah

Whitaker, Henry C.

Dated: June 1, 2023                           Respectfully submitted,

                                                       ASHLEY MOODY
                                                        *Attorney General of Florida*

                                                        */s/ Henry C. Whitaker*

JAMES H. PERCIVAL                      HENRY C. WHITAKER
  *Chief of Staff*                              *Solicitor General*
NATALIE P. CHRISTMAS              DANIEL W. BELL
JOSEPH E. HART                            *Chief Deputy Solicitor General*
  *Counselors to the Attorney General*   DARRICK W. MONSON
                                                        *Assistant Solicitor General*

                                                        Office of the Attorney General
                                                        The Capitol, PL-01
                                                        Tallahassee, Florida 32399-1050
                                                        (850) 414-3300
                                                        (850) 410-2672 (fax)
                                                        *henry.whitaker@myfloridalegal.com*

                                                        *Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I certify that on June 1, 2023, I electronically filed this brief with the Clerk of Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all parties in the case who are registered through CM/ECF.

*/s/ Henry C. Whitaker*
Solicitor General