Nos. 23-11528, 23-11644

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

STATE OF FLORIDA,

*Plaintiff-Appellee*,

v.

UNITED STATES OF AMERICA, *et al.*

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Northern District of Florida

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT**

JASON S. MIYARES
*Attorney General*

ANDREW N. FERGUSON
*Solicitor General*

KEVIN M. GALLAGHER
*Deputy Solicitor General*

M. JORDAN MINOT
*Assistant Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile

September 13, 2023

*Counsel for* Amici Curiae

*Florida v. United States*, Nos. 23-11528, 23-11644

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1(a)(3), the undersigned counsel certifies that, beyond the persons and entities included in Appellants' Certificate of Interest Persons and Corporate Disclosure Statement, the following listed persons and entities may have an interest in the outcome of this case:

1. Alabama, State of

2. Alaska, State of

3. Arkansas, State of

4. Bailey, Andrew

5. Bird, Brenna

6. Cameron, Daniel

7. Carr, Christopher M.

8. Drummond, Gentner F.

9. Ferguson, Andrew N.

10. Fitch, Lynn

11. Formella, John

12. Gallagher, Kevin M.

13. Georgia, State of

14. Griffin, Tim

15. Hilgers, Michael T.

16. Hill, Bridget

17. Idaho, State of

18. Indiana, State of

19. Iowa, State of

20. Jackley, Marty J.

21. Kansas, State of

22. Kentucky, Commonwealth of

23. Knudsen, Austin

24. Kobach, Kris

25. Labrador, Raúl

26. Landry, Jeff

27. Louisiana, State of

28. Marshall, Steve

29. Minot, M. Jordan

30. Mississippi, State of

31. Missouri, State of

32. Miyares, Jason S.

33. Montana, State of

34. Morrisey, Patrick

35. Nebraska, State of

36. New Hampshire, State of

37. North Dakota, State of

38. Ohio, State of

39. Oklahoma, State of

40. Reyes, Sean D.

41. Rokita, Theodore E.

42. Scott, John

43. Skrmetti, Jonathan

44. South Carolina, State of

45. South Dakota, State of

46. Taylor, Treg

47. Tennessee, State of

48. Texas, State of

49. Utah, State of

50. Virginia, Commonwealth of

51. West Virginia, State of

52. Wilson, Alan

53. Wilson, Sarah S.

54. Wrigley, Drew

55. Wyoming, State of

56. Yost, Dave

To the best of *Amici*'s knowledge, no publicly traded company or corporation has an interest in the outcome of this case or appeal.

Respectfully submitted this 13th day of September, 2023.


Respectfully submitted,

COMMONWEALTH OF VIRGINIA

By:____*/s/ Andrew N, Ferguson*____
          ANDREW N. FERGUSON
          *Solicitor General*

JASON S. MIYARES          KEVIN M. GALLAGHER
 *Attorney General*        *Deputy Solicitor General*

          M. JORDAN MINOT
          *Assistant Solicitor General*

          Office of the Attorney General
          202 North Ninth Street
          Richmond, Virginia 23219
          (804) 786-2071 – Telephone
          (804) 786-1991 – Facsimile

September 13, 2023          *Counsel for* Amici Curiae

## CERTIFICATE OF SERVICE

I certify that on September 13th, 2023, I electronically filed the foregoing document with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Andrew N. Ferguson*
_____
Andrew N. Ferguson
