*State of Florida* v. *United States of America*,
Nos. 23-11528 & 23-11644

## Certificate of Interested Persons and Corporate Disclosure Statement

In accordance with Federal Rule of Appellate Procedure 26.1(a) and 11th Cir. R. 26.1-1(a)(1) & 26.1-2(b), amici curiae identified below make the following disclosures, and certify that the following additional persons and entities may have an interest in the outcome of this case:

### Amici Curiae
### Legal Service Providers for Cuban Refugee Diaspora

1. Americans for Immigrant Justice, Inc., a Florida Not for Profit Corporation:

    - no parent corporations

    - no publicly held corporations own 10% or more of the entity's stock

2. Canizares Law Group LLC, a Florida Limited Liability Company:

    - no parent corporations

    - no publicly held corporations own 10% or more of the entity's stock

3. Catholic Charities Legal Services, Archdiocese of

*State of Florida* v. *United States of America*,
Nos. 23-11528 & 23-11644

Miami, Inc., a Florida Not for Profit Corporation:

- Archbishop Thomas G. Wenski is the Corporation Sole
- no parent corporations aggregate
- no publicly held corporations own 10% or more of the entity's stock

4. Garcia, Miranda & Gonzalez-Rua, P.A., a Florida Profit Corporation:

- no parent corporations
- no publicly held corporations own 10% or more of the entity's stock

5. Gurian Group, P.A., a Florida Profit Corporation:

- no parent corporations
- no publicly held corporations own 10% or more of the entity's stock

6. Prada, Mark Andrew, Prada Urizar Dominguez, PLLC, Miami, FL — counsel for amici curiae

                                            <u>s/ Mark Andrew Prada</u>
                                            Prada Urizar Dominguez, PLLC

                                            *Counsel for Amici Curiae*

*State of Florida* v. *United States of America*,
Nos. 23-11528 & 23-11644

## Certificate of Service

I certify that, on September 13, 2023, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will therefore be accomplished through the appellate CM/ECF system.

s/ Mark Andrew Prada
Prada Urizar Dominguez, PLLC

*Counsel for Amici Curiae*
