No. 23-11528, 23-11644

# In the United States Court of Appeals for the Eleventh Circuit

---

STATE OF FLORIDA,

*Plaintiff–Appellee,*

v.

UNITED STATES OF AMERICA, ET AL.,

*Defendant–Appellants.*

---

**MOTION TO WITHDRAW AS COUNSEL**

---

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
NOS. 3:21-CV-1066, 3:23-CV-9962

---

ASHLEY MOODY
  *Attorney General of Florida*

JAMES H. PERCIVAL
  *Chief of Staff*
NATALIE P. CHRISTMAS
JOSEPH E. HART
  *Counselors to the Attorney General*

HENRY WHITAKER
  *Solicitor General*
DANIEL BELL
  *Chief Deputy Solicitor General*
DARRICK W. MONSON
  *Assistant Solicitor General*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 414-2672 (fax)
*henry.whitaker@myfloridalegal.com*

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to 11th Cir. Rule 26.1-2(b), I certify that I am not aware of persons or entities with an interest in the outcome of this appeal that have been omitted from the Certificate Of Interested Persons contained in the opening brief or in any other brief filed.

## MOTION TO WITHDRAW AS COUNSEL

I, Joseph E. Hart, respectfully request leave to withdraw as counsel for plaintiff-appellee, State of Florida. I will be leaving the Office of the Attorney General in the coming weeks. The plaintiff-appellee will continue to be represented by Henry Whitaker, Daniel Bell, Darrick Monson, James Percival, and Natalie Christmas.

Dated September 28, 2023                    Respectfully submitted,

                                                            ASHLEY MOODY
                                                              *Attorney General of Florida*

                                                               */s/ Joseph E. Hart*
                                                               Joseph E. Hart
                                                               *Counselor to the Attorney General*

JAMES H. PERCIVAL                        HENRY WHITAKER
  *Chief of Staff*                                    *Solicitor General*
NATALIE P. CHRISTMAS                  DANIEL BELL
  *Counselor to the Attorney General*    *Chief Deputy Solicitor General*
                                                               DARRICK W. MONSON
                                                              *Assistant Solicitor General*

                                                              Office of the Attorney General
                                                              PL-01, The Capitol
                                                              Tallahassee, FL 32399-1050
                                                              (850) 414-3300
                                                              (850) 414-2672 (fax)
                                                              *henry.whitaker@myfloridalegal.com*

                                                             *Counsel for the State of Florida*

## **CERTIFICATE OF SERVICE**

I certify that on September 28, 2023, I electronically filed this Motion to Withdraw with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Joseph E. Hart*
Counselor to the Attorney General
