Nos. 23-11528, 23-11644

# In the United States Court of Appeals for the Eleventh Circuit

---

STATE OF FLORIDA,
*Plaintiff-Appellee,*

v.

UNITED STATES OF AMERICA, ET AL.,
*Defendants-Appellants.*

---

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Nos. 3:21-cv-1066, 3:23-cv-9962

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PARTIES' SUPPLEMENTAL BRIEFS**

---

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*henry.whitaker@myfloridalegal.com*

ASHLEY MOODY
  *Attorney General of Florida*

HENRY C. WHITAKER
  *Solicitor General*
DANIEL W. BELL
  *Chief Deputy Solicitor General*
DARRICK W. MONSON
  *Assistant Solicitor General*
JAMES H. PERCIVAL
  *Chief of Staff*
NATALIE P. CHRISTMAS
  *Counselor to the Attorney General*

*Florida v. United States*
*Nos. 23-11528, 23-11644*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Florida certifies to the best of its knowledge that the following is a complete list of interested persons:

Americans for Immigrant Justice, Inc.

Bailey, Andrew

Bell, Daniel

Bird, Brenna

Boynton, Brian M.

Brodeen, Karen

Butler, Steven

Cameron, Daniel

Canizares Law Group LLC

Carr, Christopher M.

Catholic Charities Legal Services, Archdiocese of Miami, Inc.

Christmas, Natalie

Commonwealth of Kentucky

Commonwealth of Virginia

Coody, Jason R.

Crapo, Matt A.

Darrow, Joseph A.

Drummond, Genter F.

Fabian, Sarah B.

Faruqui, Bilal A.

Ferguson, Andrew N.

Fitch, Lynn

Florida Office of the Attorney General

Fudim, Elissa P.

Gallagher, Kevin M.

Garcia, Miranda & Gonzalez-Rua, P.A

Garland, Merrick

Griffin, Tim

Guard, John

Gurian Group, P.A.

Hilgers, Michael T.

Hill, Bridget

Hudak, Matthew

Immigration Reform Law Institute

Jaddou, Ur M.

Jackley, Marty J.

Johnson, Tae D.

Knudsen, Austin

Kobach, Kris

Labrador, Raúl

Landry, Jeff

Marshall, Stephen

Mayorkas, Alejandro

Miller, Troy

Minot, Martin J.

Miyares, Jason S.

Moody, Ashley

Monson, Darrick

Morrisey, Patrick

Moyle, Marie A.

Owens, Jason

Patel, Anita

Peachey, William C.

Percival, James H. II

Prada, Mark A.

Reuveni, Erez R.

Reyes, Sean D.

Rokita, Theodore E.

Ryan, Erin

State of Alabama

State of Alaska

State of Arkansas

State of Florida

State of Georgia

State of Idaho

State of Indiana

State of Iowa

State of Kansas

State of Louisiana

State of Mississippi

State of Missouri

State of Montana

State of Nebraska

State of North Dakota

State of Ohio

State of Oklahoma

State of South Carolina

State of South Dakota

State of Utah

State of West Virginia

State of Wyoming

Taylor, Treg

United States of America

U.S. Attorney's Office, Northern District of Florida

U.S. Citizenship and Immigration Services

U.S. Customs and Border Protection

U.S. Department of Homeland Security

U.S. Immigration and Customs Enforcement

U.S. Department of Justice, Civil Division

Ward, Brian C.

Wenski, Thomas G.

Wetherell, T. Kent II

Wilson, Alan

Wilson, Sarah

Whitaker, Henry C.

Wrigley, Drew

Yost, Dave

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE PARTIES' SUPPLEMENTAL BRIEFS

Florida hereby moves under Federal Rule of Appellate Procedure 26(b) for a 14-day extension of time for the parties to file supplemental briefs as ordered by the Court. *See* Doc. 87 in 23-11528, Doc. 70 in 23-11644. This motion is unopposed.

1. On April 8, 2024, the Court ordered the parties to file supplemental briefs within 14 days on whether Florida has standing "[i]n light of *United States v. Texas*, 599 U.S. 670 (2023)." Doc. 87 in 23-11528, Doc. 70 in 23-11644 at 3.

2. "For good cause, the court may extend the time prescribed . . . by its order . . . ." Fed. R. App. P. 26(b).

3. Florida has good cause to seek an extension here. The Supreme Court decided *United States v. Texas* on June 23, 2023. Because of the expedited briefing schedule in this case, the State of Florida had only three days to modify its draft brief before its June 26 filing deadline.

4. The Court has now asked for further briefing on that case, and has allowed each party up to 8,000 words, which is more than the words allowed in a reply brief.

5. An additional two weeks will assist the State of Florida in briefing the effects of *United States v. Texas* in the most comprehensive manner, especially in light of a number of other pressing issues the office is currently litigating.

6.	No party would be prejudiced by the relief requested in this motion. Florida's counsel has consulted with counsel for appellants and is authorized to represent that this motion is unopposed. *See* 11th Cir. R. 26-1.

Florida respectfully requests that the Court extend the time for the parties to file supplemental briefs to May 6, 2024.

Dated: April 10, 2024                           Respectfully submitted,

ASHLEY MOODY
  *Attorney General of Florida*

*/s/ Henry C. Whitaker*
HENRY C. WHITAKER
  *Solicitor General*
DANIEL W. BELL
  *Chief Deputy Solicitor General*
DARRICK W. MONSON
  *Assistant Solicitor General*

JAMES H. PERCIVAL
  *Chief of Staff*
NATALIE P. CHRISTMAS
  *Counselor to the Attorney General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
henry.whitaker@myfloridalegal.com

*Counsel for Plaintiff-Appellee*

2

## CERTIFICATE OF COMPLIANCE

1. This document complies with Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f), it contains 299 words.

2. This document complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27, 32(a)(5), and 32(a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font.

　　　　　　　　　　　　　　　　*/s/ Henry C. Whitaker*
　　　　　　　　　　　　　　　　Solicitor General

## CERTIFICATE OF SERVICE

I certify that on April 10, 2024, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Henry C. Whitaker*
Solicitor General