No. 23-11528, 23-11644

# In the United States Court of Appeals for the Eleventh Circuit

STATE OF FLORIDA,

*Plaintiff–Appellee,*

v.

UNITED STATES OF AMERICA, ET AL.,

*Defendants–Appellants.*

**MOTION TO WITHDRAW AS COUNSEL**

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
CASE NO. 3:21-CV-1066, 3:23-CV-9962

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 414-2672 (fax)
*henry.whitaker@myfloridalegal.com*

ASHLEY MOODY
  *Attorney General*

HENRY C. WHITAKER
  *Solicitor General*
DANIEL W. BELL
  *Chief of Staff*
DARRICK W. MONSON
  *Assistant Solicitor General*
JAMES H. PERCIVAL
  *Chief of Staff*
NATALIE P. CHRISTMAS
  *Senior Counselor*

*Counsel for Plaintiff-Appellant*

*Florida v. United States, et al.*
*Eleventh Circuit Case No.'s 23-11528, 23-11644*

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to 11th Cir. Rule 26.1-2(b), I certify that I am not aware of persons or entities with an interest in the outcome of this appeal that have been omitted from the Certificate of Interested Persons contained in the opening brief or in any other brief filed.

C-1

*Florida v. United States, et al.*
*Eleventh Circuit Case No.'s 23-11528, 23-11644*

## MOTION TO WITHDRAW AS COUNSEL

I, James H. Percival, respectfully request leave to withdraw as counsel for plaintiff-appellee, State of Florida. I will be leaving the office of the attorney general January 16, 2025. The plaintiff-appellee will continue to be represented by Henry Whitaker, Daniel Bell, Darrick Monson, and Natalie Christmas.

1

*Florida v. United States, et al.*
*Eleventh Circuit Case No.'s 23-11528, 23-11644*

| | |
|---|---|
| Dated: January 13, 2025 | Respectfully submitted, |

ASHLEY MOODY
Attorney General

*/s/ James H. Percival*
JAMES H. PERCIVAL
  *Chief of Staff*
HENRY C. WHITAKER
  *Solicitor General*
DANIEL W. BELL
  *Chief Deputy Solicitor General*
DARRICK W. MONSON
  *Assistant Solicitor General*
NATALIE P. CHRISTMAS
  *Senior Counselor*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3681
(850) 410-2672 (fax)
*james.percival@myfloridalegal.com*

*Counsel for Plaintiff-Appellee*

2

## **CERTIFICATE OF SERVICE**

I certify that on January 13th, 2025, I electronically filed this Motion to Withdraw with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ James H. Percival*
Chief of Staff
