No. 23-11528, 23-11644

# In the United States Court of Appeals for the Eleventh Circuit

STATE OF FLORIDA,

*Plaintiff–Appellee,*

v.

UNITED STATES OF AMERICA, ET AL.,

*Defendants–Appellants.*

## MOTION TO WITHDRAW AS COUNSEL

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
CASE NO. 3:21-CV-1066, 3:23-CV-9962

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 414-2672 (fax)
*natalie.christmas@myfloridalegal.com*

JAMES UTHMEIER
*Attorney General*

JEFFREY P. DESOUSA
*Acting Solicitor General*
DARRICK W. MONSON
*Assistant Solicitor General*
NATALIE P. CHRISTMAS
*Senior Counselor*

*Counsel for Plaintiff-Appellant*

*Florida v. United States, et al.*
*Eleventh Circuit Case No.'s 23-11528, 23-11644*

## CERTIFICATE OF INTERESTED PERSONS

Plaintiff-Appellee/Cross-Appellant certifies to the best of its knowledge that the

following is a complete list of interested persons:

Americans for Immigrant Justice, Inc.

Bailey, Andrew

Bird, Breena

Boynton, Brian M.

Brodeen, Karen

Butler, Steven

Cameron, Daniel

Canizares Law Group LLC

Carr, Christopher M.

Catholic Charities Legal Services, Archdiocese of Miami, Inc.

Commonwealth of Kentucky

Commonwealth of Virginia

Coody, Jason R.

Crapo, Matt A.

*Florida v. United States, et al.*
*Eleventh Circuit Case No.'s 23-11528, 23-11644*

Darrow, Joseph A.

DeSousa, Jeffrey P.

Drummond, Genter F.

Fabian, Sarah B.

Faruqui, Bilal A.

Ferguson, Andrew N.

Fitch, Lynn

Florida Office of the Attorney General

Fudim, Elissa P.

Gallagher, Kevin M.

Garcia, Miranda & Gonzalez-Rua, P.A.

Garland, Merrick

Griffin, Tim

Guard, John

Gurian Group, P.A.

Hilger, Michael T.

Hill, Bridget

C-2

*Florida v. United States, et al.*
*Eleventh Circuit Case No.'s 23-11528, 23-11644*

Hudak, Matthew

Immigration Reform Law Institute

Jaddou, Ur M.

Jackley, Marty J.

Johnson, Tae D.

Knudsen, Austin

Kobach, Kris

Labrador, Raúl

Landry, Jeff

Marshall, Stephen

Mayorkas, Alejandro

Miller, Troy

Minot, Martin J.

Miyares, Jason S.

Monson, Darrick

Morrisey, Patrick

Moyle, Marie A.

Owens, Jason

Patel, Anita

Peachey, William C.

Prada, Mark A.

Reuveni, Erez R.

Reyes, Sean D.

Rokita, Theodore E.

Ryan, Erin

State of Alabama

State of Arkansas

State of Florida

State of Georgia

State of Idaho

State of Indiana

State of Iowa

State of Kansas

State of Louisiana

State of Mississippi

State of Missouri

State of Montana

State of Nebraska

State of North Dakota

State of Ohio

State of Oklahoma

State of South Carolina

State of South Dakota

State of Utah

State of West Virginia

State of Wyoming

Taylor, Treg

United States of America

U.S. Attorney's Office, Northern District of Florida

U.S. Citizenship and Immigration Services

U.S. Customs and Borter Protection

U.S. Department of Homeland Security

U.S. Immigration and Customs Enforcement

U.S. Department of Justice, Civil Division

Uthmeier, James

Ward, Brian C.

Wenski, Thomas G.

Wetherell, T. Kent II

Wilson, Alan

Wilson, Sarah

Wrigley, Drew

Yost, Dave

*Florida v. United States, et al.*
*Eleventh Circuit Case No.'s 23-11528, 23-11644*

## MOTION TO WITHDRAW AS COUNSEL

I, Natalie P. Christmas, respectfully request leave to withdraw as counsel for plaintiff-appellee, State of Florida. I will be leaving the office of the attorney general in the coming weeks. The plaintiff-appellee will continue to be represented by Darrick Monson.

*Florida v. United States, et al.*
*Eleventh Circuit Case No.'s 23-11528, 23-11644*

Dated: February 28, 2025

Respectfully submitted,

JAMES UTHMEIER
  *Attorney General*

JEFFREY P. DESOUSA
  *Acting Solicitor General*

/s/ *Natalie P. Christmas*
NATALIE P. CHRISTMAS
  *Senior Counselor*
DARRICK W. MONSON
  *Assistant Solicitor General*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3681
(850) 410-2672 (fax)
*natalie.christmas@myfloridalegal.com*

*Counsel for Plaintiff-Appellee*

2

## CERTIFICATE OF COMPLIANCE

1. This document complies with the length limitations in Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the part exempted by Federal Rule of Appellate Procedure 32(f), it contains 40 words.

2. This document complies with the typeface and type-style requirements in Federal Rule of Appellate Procedure 27(d), Federal Rule of Appellate Procedure 32(a)(5), and Federal Rule of Appellate Procedure 32(a)(6), because it has been prepared in a proportionally spaced typeface in 14-point Garamond font using Microsoft Word.

/s/ Natalie P. Christmas
Senior Counselor

## CERTIFICATE OF SERVICE

I certify that on February 28, 2025, I electronically filed this Motion to Withdraw with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

/s/ Natalie P. Christmas
Senior Counselor