# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

STATE OF FLORIDA,

    *Plaintiff-Appellee,*

v.

UNITED STATES OF AMERICA, ET AL.,

    *Defendants-Appellants.*

Nos. 23-11528, 23-11644

## **JOINT MOTION TO HOLD APPEALS IN ABEYANCE**

The parties agree that a development in this case—Florida's settlement proposal currently under review by Defendants-Appellants—warrants holding the appeals in abeyance for the reasons discussed below.

1.    These consolidated appeals concern two challenges by the State of Florida to two Biden Administration immigration policies.

2.    The appeals were fully briefed on July 3, 2023, and orally argued before this Court on January 26, 2024. The parties filed supplemental briefs on standing on May 6, 2024.

3.    President Trump has since taken office and directed the Department of Homeland Security to reexamine certain immigration policies from the previous administration. *See* Exec. Order 14165, *Securing Our Borders*, 90 Fed. Reg. 8467 (Jan. 20, 2025).

1

4. In light of that development, Florida has submitted a settlement proposal to Defendants-Appellants that would resolve these cases. Defendants-Appellants are reviewing that proposal.

5. In the meantime, the Court has ordered additional briefing on whether the cases have become moot. Those briefs are due on June 25, 2025.

6. Because any settlement would obviate the need for further briefing and consideration by the Court, the parties agree that supplemental briefing on mootness should be held in abeyance to preserve the parties' and the Court's resources and to allow Defendants-Appellants time to consider Florida' settlement proposal. If within 60 days, Appellants have not moved to voluntarily dismiss their appeals, the parties propose to file a joint status report indicating their respective views on how the appeals should proceed.

The parties respectfully request that the Court hold the appeals in abeyance to allow the parties time to consider a path forward.

Dated: June 23, 2025

BRETT A. SHUMATE
  *Assistant Attorney General*

YAAKOV M. ROTH
  *Principal Deputy Assistant Attorney*
    *General*

DREW C. ENSIGN
  *Deputy Attorney General*

BRIAN C. WARD
  *Acting Assistant director*

*/s/ Elissa P. Fudim*
ELISSA P. FUDIM
  *Trial Attorney*
U.S. Dep't of Justice, Civil Division
Office of Immigration Litigation,
General Litigation and Appeals
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

*Counsel for Defendants-Appellants*

Respectfully submitted,

JAMES UTHMEIER
  *Attorney General of Florida*

*/s/ Darrick W. Monson*
Jeffrey Paul DeSousa
  *Acting Solicitor General*
DARRICK W. MONSON
  *Deputy Solicitor General*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
*darrick.monson@myfloridalegal.com*

*Counsel for Plaintiff-Appellee*

3

*Florida v. United States*
*Nos. 23-11528, 23-11644*

# CERTIFICATE OF INTERESTED PERSONS AND
# CORPORATE DISCLOSURE STATEMENT

The parties certify to the best of their knowledge that the following is a complete list of interested persons:

Alfonso-Royals, Angelica

Americans for Immigrant Justice, Inc.

Bailey, Andrew

Bird, Brenna

Brodeen, Karen

Butler, Steven

Cameron, Daniel

Canizares Law Group LLC

Carr, Christopher M.

Catholic Charities Legal Services, Archdiocese of Miami, Inc.

Commonwealth of Kentucky

Commonwealth of Virginia

Coody, Jason R.

Crapo, Matt A.

C-1 of 6

Darrow, Joseph A.

Drummond, Genter F.

Ensign, Drew

Fabian, Sarah B.

Faruqui, Bilal A.

Ferguson, Andrew N.

Fitch, Lynn

Florida Office of the Attorney General

Fudim, Elissa P.

Gallagher, Kevin M.

Garcia, Miranda & Gonzalez-Rua, P.A

Griffin, Tim

Guard, John

Gurian Group, P.A.

Hilgers, Michael T.

Hill, Bridget

Hudak, Matthew

Immigration Reform Law Institute

Jackley, Marty J.

Knudsen, Austin

Kobach, Kris

Labrador, Raúl

Landry, Jeff

Lyons, Todd

Marshall, Stephen

Minot, Martin J.

Miyares, Jason S.

Monson, Darrick

Morrisey, Patrick

Moyle, Marie A.

Noem, Kristi

Owens, Jason

Patel, Anita

Prada, Mark A.

Reyes, Sean D.

Rokita, Theodore E.

Roth, Yaakov

Ryan, Erin

Scott, Rodney

Shumate, Brett

State of Alabama

State of Alaska

State of Arkansas

State of Florida

State of Georgia

State of Idaho

State of Indiana

State of Iowa

State of Kansas

State of Louisiana

State of Mississippi

State of Missouri

State of Montana

State of Nebraska

State of North Dakota

State of Ohio

State of Oklahoma

State of South Carolina

State of South Dakota

State of Utah

State of West Virginia

State of Wyoming

Taylor, Treg

United States of America

U.S. Attorney's Office, Northern District of Florida

U.S. Citizenship and Immigration Services

U.S. Customs and Border Protection

U.S. Department of Homeland Security

*Florida v. United States*
*Nos. 23-11528, 23-11644*

U.S. Immigration and Customs Enforcement

U.S. Department of Justice, Civil Division

Uthmeier, James

Ward, Brian C.

Wenski, Thomas G.

Wetherell, T. Kent II

Wilson, Alan

Wilson, Sarah

Wrigley, Drew

Yost, Dave

C-6 of 6

## CERTIFICATE OF COMPLIANCE

1.  This document complies with Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f), it contains 271 words.

2.  This document complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27, 32(a)(5), and 32(a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font.

*/s/ Darrick W. Monson*
Deputy Solicitor General

## CERTIFICATE OF SERVICE

I certify that on June 23, 2025, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Darrick W. Monson*
Deputy Solicitor General
